IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| STANTON SHELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-4387-CV-C-SOW |
| | ) |
| JEANNIE WIGGINS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On January 17, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the motion, supplemental motion and suggestions in support of motion for summary judgment, all treated as exceptions filed by plaintiff on January 31, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's January 17, 2006, Report and Recommendation is adopted [4]. It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis, and his claims are dismissed, pursuant to 28 U.S.C. § 1915 and the general order In Re Stanton Q. Shelton (W.D. Mo. Sept. 22, 2003).

/s/
SCOTT O. WRIGHT
Senior United States District Judge

Dated: March 6, 2006
Kansas City, Missouri